# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

STANLEY SNEAD,

      Plaintiff,

v.                                CASE NO.   4:15cv325-RH/CAS

FLORIDA AGRICULTURAL
& MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,

      Defendant.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Did Mr. Snead request a schedule change as an accommodation for his disability?

           YES   ✓          NO _____

*If your answer to question 1 is no, please skip the remaining questions. If your answer to question 1 is yes, please answer question 2.*

FILED IN OPEN COURT ON

_October 20, 2016_

**United States District Court**
**Northern District of Florida**

2. Was the requested accommodation reasonable?

YES __✓__        NO _____

*If your answer to question 2 is no, please skip the remaining questions. If your answer to question 2 is yes, please answer question 3.*

3. With the accommodation, would Mr. Snead have been able to perform the essential functions of his position as a FAMU police officer?

YES __✓__        NO _____

*If your answer to question 3 is no, please skip the remaining questions. If your answer to question 3 is yes, please answer question 4.*

4. Would providing Mr. Snead's requested accommodation impose an undue hardship on the FAMU Police Department?

YES _____        NO __✓__

*If your answer to question 4 is yes, please skip the remaining questions. If your answer to question 4 is no, please answer question 5.*

5. What amount of damages do you award for lost wages and benefits to the date of your verdict?

$ _142,268.00_

*If you answered question 5, please answer question 6.*

6.  Did FAMU make a good-faith effort, in consultation with Mr. Snead, to identify and make a reasonable accommodation for his disability that would not cause an undue hardship to the FAMU Police Department?

YES _____          NO ✓_____

*If your answer to question 6 is yes, please skip question 7. If your answer to question 6 is no, please answer question 7.*

7.  What amount of damages do you award for mental and emotional anguish experienced in the past or to be experienced in the future?

$ _168,810.00_____

SO SAY WE ALL on October 20, 2016.

**REDACTED**

Foreperson